Craig Solomon Ganz (Bar No. 023650)
**GALLAGHER & KENNEDY, P.A**.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
*Attorney for Robert A. Kantor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ALFRED RAYMOND LAPETER,<br><br>Debtor. | Case No. 4:14-bk-04278-BMW<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Craig Solomon Ganz of the law firm of Gallagher & Kennedy, P.A. ("G&K") hereby makes his appearance in the above-captioned Chapter 11 bankruptcy case of ALFRED RAYMOND LAPETER (the "Debtor") as counsel of record for ROBERT A. KANTOR., party-in-interest in this case, and hereby requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this bankruptcy action, be given and served upon:

Craig Solomon Ganz, Esq.
**GALLAGHER & KENNEDY, PA**
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
craig.ganz@gknet.com

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code and the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleading or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, e-mail, delivery, facsimile,

| | |
|---|---|
| 1 | or otherwise, which affect or seek to affect Robert A. Kantor. |
| 2 | RESPECTFULLY SUBMITTED this 7th day of May, 2014. |

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Craig Solomon Ganz*
Craig Solomon Ganz
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorney for Robert A. Kantor*

COPY of the foregoing electronically
filed and e-mailed this 7th day of May,
2014 to the parties requesting
ECF electronic notice in this case.

*/s/ Rachel H. Milazzo, ACP*